

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF MARYLAND

| | | | |
|---|---|---|---|
| IN RE: | Ronald Hill, Jr. | * | CASE NO: 14-20703 |
| | | * | CHAPTER 13 |
| | Debtor(s) | | |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Ronald Hill, Jr. | * | |
| Movant, | * | |
| vs. | * | |
| Regional Acceptance Corporation | * | Chapter 13 |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO VALUE COLLATERAL
## AND AVOID SECURITY INTEREST

Upon consideration of the Debtors/Movants' Motion To Determine Secured Status,

grounds being stated, and any response thereto, and after notice and opportunity for hearing, it is:

ORDERED, that the value of the collateral securing Respondent's claim is $ 32,535.45;

and it is further

ORDERED, that to the extent Respondent's claim exceeds the value of its collateral, it is

unsecured; and it is further

ORDERED, that as such time as a discharge Order is entered in this case pursuant to 11 U.S.C. § 1328, the lien held in favor of Respondent on the property described below is void to the extent of Respondent's unsecured claim:

**2012 Chevrolet Camaro** (property description)

and it is further

ORDERED, that the claim of Respondent herein shall be treated under debtors' Plan an allowed secured claim in an amount not to exceed the value of Respondent's collateral of $ 32,535.45, at 4.25% interest, and as an allowed, general unsecured claim for the balance.

IT IS SO ORDERED

cc
 - Office of U.S. Trustee
 - Chapter 13 Trustee
 - Debtors' attorney
 - Debtors

Emily C. Nichols
Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847


Regional Acceptance Corporation
c/o THE CORPORATION TRUST INCORPORATED
351 WEST CAMDEN STREET
BALTIMORE, MD 21201

**END OF ORDER**
**2 OF 2**